MICHAEL J. DAWSON, ESQ.  *E-filed on 8/21/08*
Nevada Bar No. 000944
515 South Third Street
Las Vegas, NV 89101
(702) 384-1777
*mdawson@lvcoxmail.com*
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | CASE NO: BK-S 08-15586-LBR |
| | ) | |
| RICHARD BUCHALSKI and | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | DATE:     N/A |
| | ) | TIME:      N/A |

## AMENDMENT NO. 2 TO BANKRUPTCY PETITION

The following marked items have been amended in the above-named bankruptcy proceeding:

(  )   Creditors not included in the original filing have been added. Twenty-six ($26.00) dollars is attached for adding creditors.

(  )   No new creditors have been added. (Same creditors as originally filed on List of Creditors

(  )   Documents not submitted with the original filing. (No added creditors):

(  )   Account numbers have been added:

(  )   Case has been converted and Chapter 7 Schedules and Statement of Financial Affairs attached

(  )   Supplemental Mailing List is attached. (Name and address of only new creditor(s) should be on this list) Twenty ($26.00) dollars is attached for adding new creditors.

(**X**)   *Other: Amended Summary of Schedules to reflect student loan in statistical information*

Dated: **August 21, 2008**

*/s/Michael J. Dawson*
MICHAEL J. DAWSON, ESQ.
Nevada Bar No. 000944
Attorney for Debtor

**B6 Summary (Official Form 6 - Summary) (12/07)**

*AMENDED*

# United States Bankruptcy Court
### DISTRICT OF NEVADA

In re  RICHARD BUCHALSKI JR
_____
                Debtor

Case No.  BK-S 08-15586-LBR

Chapter  13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 719,000.00 | | |
| B – Personal Property | YES | 3 | $ 34,300.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 843,358.41 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 20,653.73 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 7,245.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 9,307.55 |
| TOTAL | | 16 | $ 753,300.00 | $ 864,012.14 | |

# United States Bankruptcy Court
## DISTRICT OF NEVADA

In re   RICHARD BUCHALSKI JR                                              Case No.   BK-S 08-15586-LBR
                                    Debtor

Chapter   13

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 14,800.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 14,800.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 9,825.00 |
| Average Expenses (from Schedule J, Line 18) | $ 9,307.55 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 7,605.00 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 127,785.54 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 20,653.73 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 148,439.27 |