**KATHLEEN A. LEAVITT**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
kal13mail@las13.com
(702) 853-0700

E-File: 05/19/2009

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| IN RE: | Chapter 13 |
|---|---|
| **RICHARD BUCHALSKI JR** | BKS-08-15586-LBR |
| | **MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS** |
| | **PRE-HEARING CONFERENCE** |
| | Hearing Date: July 09, 2009 |
| | Hearing Time: 9:30 a.m. |
| Debtor(s). | **MOTION TO DISMISS** |
| | Hearing Date: July 09, 2009 |
| | Hearing Time:  2:30 pm |

   Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee in the above captioned bankruptcy case and for her motion states and alleges as follows:

   1.  Debtor(s) filed an Original Petition under Chapter 13, Title 11 of the United States Code on May 30, 2008.
   2.  Debtors Plan was confirmed by the Court on 12/11/2008.
   3.  The Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307 (c) for one or more of the following reasons, to wit:
   (c)(6)  Material default by the debtor with respect to a term of a confirmed plan to wit:

- Failure to make plan payments

   The last payment by the debtor(s) was made on 04/14/2009 and the debtor(s) are $2,210.00 in default under the terms of the current plan. Accordingly, Trustee requests an Order dismissing the case unless the debtor(s) **EITHER:**
   A.  cure the default **AND** remain current with all future payments coming due, **OR**
   B.  file a Modified Plan

   WHEREFORE, the Trustee prays the Court issue an order dismissing the within case for the reasons as stated above and that expenses in the amount of $0.00 be allowed in this case.

/s/ KATHLEEN A LEAVITT
Kathleen A. Leavitt
CHAPTER 13 BANKRUPTCY TRUSTEE

DATED: 5/19/2009
LS